### 12656. HUMPHREYS *v.* AVERY & COMPANY.

STEPHENS, J. The giving of a forthcoming bond not being essential to the validity of an affidavit of illegality filed to a common-law execution, an affidavit of illegality to what appears to be such an execution, which sets up a legal defense against the proceeding of the levy, was improperly dismissed upon the ground that the forthcoming bond which was actually given to the sheriff, accompanying the affidavit of illegality, did not contain a proper surety. See, in this connection, Civil Code (1910), §§ 5305, 6040; *Crayton* v. *Fox,* 100 *Ga.* 781 (28 S. E. 510).          *Judgment reversed. Jenkins, P. J., concurs.*

DECIDED JULY 24, 1922.

Affidavit of illegality; from Pulaski superior court — Judge Graham. June 15, 1921.

*Marion Turner,* for plaintiff in error. *H. T. Lawson,* contra.